# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL CAMPOSECO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BOURDREAUX, *et al.*,<br><br>　　　　Defendants. | Case No. 1:19-cv-01330-BAM (PC)<br><br>ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* WITHOUT PREJUDICE<br><br>(ECF No. 2)<br><br>ORDER REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE<br><br>**FORTY-FIVE (45) DAY DEADLINE** |

　　　　Plaintiff Samuel Camposeco ("Plaintiff") is a pretrial detainee proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On September 23, 2019, Plaintiff filed a complaint, together with a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF Nos. 1, 2.)

　　　　Plaintiff's application to proceed *in forma pauperis* is incomplete. There is no certified copy of Plaintiff's trust account statement for the past six months attached to the application as the instructions require. Plaintiff must submit a completed form, including a certified copy of his trust account statement, if he wishes for the application to be considered.

///

///

1

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion to proceed *in forma pauperis*, (ECF No. 2), is DENIED, without prejudice;

2. Within **forty-five (45) days** from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, completed and signed, including a certified copy of his trust account statement for the past six months, or in the alternative, pay the $400.00 initial filing fee for this action;

3. No extension of time will be granted without a showing of good cause; and

4. **The failure to comply with this order will result in dismissal of this action without prejudice.**

IT IS SO ORDERED.

Dated: **September 25, 2019**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE