# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL CAMPOSECO,<br><br>        Plaintiff,<br><br>    v.<br><br>BOUDREAUX, *et al.*,<br><br>        Defendants. | Case No. 1:19-cv-01330-BAM (PC)<br><br>ORDER REGARDING PLAINTIFF'S DEMAND FOR A TRIAL BY JURY<br><br>(ECF No. 71) |

Plaintiff Samuel Camposeco ("Plaintiff"), is a pretrial detainee proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not yet filed a completed application to proceed *in forma pauperis* or paid the filing fee, and the complaint has not yet been screened.

Currently before the Court is Plaintiff's formal demand for a jury trial in this matter. (ECF No. 5.)

Consistent with Plaintiff's request, claims brought under 42 U.S.C. § 1983 are triable by jury. City of Monterey v. Del Monte Dunes at Monterey, Ltd., 526 U.S. 687, 709 (1999); Fed. R. Civ. P. 38(a). Accordingly, unless the parties later stipulate to a court trial, this action shall remain a jury action. Fed. R. Civ. P. 39(a).

IT IS SO ORDERED.

Dated: **September 30, 2019**  /s/ *Barbara A. McAuliffe*
                                                            UNITED STATES MAGISTRATE JUDGE