# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL CAMPOSECO,<br><br>            Plaintiff,<br><br>     v.<br><br>BOUDREAUX, *et al.*,<br><br>            Defendants. | Case No.  1:19-cv-01330-AWI-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS<br><br>(ECF No. 20) |

Plaintiff Samuel Camposeco ("Plaintiff") is a pretrial detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 31, 2020, the assigned Magistrate Judge screened Plaintiff's second amended complaint and found that Plaintiff stated cognizable claims for violation of the First and Sixth Amendments against Defendants Stamper and Jones for reading Plaintiff's legal mail outside of Plaintiff's presence and confiscating the legal mail, but failed to state any other cognizable claims that were properly joined.  (ECF No. 20.)  The Magistrate Judge recommended that the action proceed on those claims found cognizable, and all other claims and defendants be dismissed from this action based on Plaintiff's failure to state claims upon which relief may be granted and be dismissed without prejudice for being improperly joined in violation of Federal Rules of Civil Procedure 18 and 20.  The findings and recommendations were served on Plaintiff and contained

notice that any objections were to be filed within fourteen (14) days after service.  (Id. at 24.)  No objections have been filed, and the deadline to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on July 31, 2020, (ECF No. 20), are adopted in full;
2. This action shall proceed on Plaintiff's second amended complaint, filed July 20, 2020, against Defendants Stamper and Jones for violation of the First and Sixth Amendments for reading Plaintiff's legal mail outside of Plaintiff's presence and confiscating the legal mail;
3. All other claims and defendants are dismissed based on Plaintiff's failure to state claims upon which relief may be granted and are dismissed without prejudice for being improperly joined in violation of Federal Rules of Civil Procedure 18 and 20; and
4. This action is referred back to the assigned Magistrate Judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   October 8, 2020

SENIOR  DISTRICT  JUDGE