# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL CAMPOSECO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BOUDREAUX, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:19-cv-01330-AWI-BAM (PC)<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT COMPLETED SERVICE DOCUMENTS OR SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>(ECF No. 22)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Roger Samuel Camposeco ("Plaintiff") is a pretrial detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's second amended complaint against Defendants Stamper and Jones for violation of the First and Sixth Amendments for reading Plaintiff's legal mail outside of Plaintiff's presence and confiscating the legal mail.

On October 13, 2020, the Court issued an order authorizing service of Plaintiff's second amended complaint and forwarding service documents to Plaintiff for completion and return within thirty days. (ECF No. 22.) The Court expressly warned Plaintiff that failure to comply with the Court's order would result in dismissal of this action. (Id. at 2.)

As of the date of this order, Plaintiff has not submitted the USM-285 forms, summonses, or copies of the complaint. Plaintiff has not complied with the Court's order.

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Within **twenty-one (21) days** from the date of service of this order, Plaintiff shall submit completed service documents for Defendants Stamper and Jones, as discussed in the Court's October 22, 2020 order, or shall show cause in writing why this action should not be dismissed for failure to prosecute; and

2. **Plaintiff's failure to comply with this order will result in dismissal of this action for failure to obey court orders and failure to prosecute.**

IT IS SO ORDERED.

Dated:   **December 1, 2020**         /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE