| | |
|---|---|
| SAMUEL CAMPOSECO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BOUDREAUX, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:19-cv-01330-AWI-BAM (PC)<br><br>ORDER VACATING JUNE 14, 2021, HEARING ON DEFENDANTS' MOTION TO DISMISS<br><br>(ECF No. 31) |

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Plaintiff Samuel Camposeco ("Plaintiff") is a pretrial detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's second amended complaint against Defendants Stamper and Jones for violation of the First and Sixth Amendments for reading Plaintiff's legal mail outside of Plaintiff's presence and confiscating the legal mail.

On April 27, 2021, Defendants filed a motion to dismiss. (ECF No. 31.) Defendants set the motion for hearing before the undersigned on June 14, 2021, at 1:30 p.m. (*Id.*)

The parties are advised that "all motions, except motions to dismiss for lack of prosecution, filed in actions wherein one party is incarcerated and proceeding *in propia persona*, shall be submitted upon the record without oral argument unless otherwise ordered by the Court. Such motions need not be noticed on the motion calendar." Local Rule 230(l). As it appears Plaintiff remains in custody, the hearing on Defendants' motion to dismiss shall be vacated. The

1

Court further notes that should Plaintiff be released from custody in the future, it is the Court's general practice to continue to apply Local Rule 230(l) and certain other local rules concerning actions in which one party is incarcerated and proceeding *in propia persona*, even when the *pro se* plaintiff is no longer incarcerated.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The motion hearing set for June 14, 2021 before the undersigned, is VACATED; and
2. Plaintiff's opposition or statement of non-opposition to Defendants' motion to dismiss remains due within **twenty-one (21) days** after the date of service of the motion.

IT IS SO ORDERED.

Dated: April 28, 2021

SENIOR DISTRICT JUDGE

2