| | |
|---|---|
| SAMUEL CAMPOSECO,<br><br>                Plaintiff,<br><br>    v.<br><br>BOUDREAUX, *et al.*,<br><br>                Defendants. | Case No. 1:19-cv-01330-AWI-BAM (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>(ECF No. 31)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Plaintiff Samuel Camposeco ("Plaintiff") is a pretrial detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's second amended complaint against Defendants Stamper and Jones for violation of the First and Sixth Amendments for reading Plaintiff's legal mail outside of Plaintiff's presence and confiscating the legal mail.

On April 27, 2021, Defendants filed a motion to dismiss. (ECF No. 31.) Pursuant to Local Rule 230(l) and Federal Rule of Civil Procedure 6(d), Plaintiff's opposition or statement of non-opposition was due on or before May 21, 2021. The deadline for Plaintiff to respond to Defendants' motion to dismiss has expired, and he has not otherwise been in contact with the Court. Plaintiff will be permitted one final opportunity to show cause why this action should not be dismissed with prejudice.

1

Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause by WRITTEN RESPONSE within **twenty-one (21) days** of service of this order why this action should not be dismissed, with prejudice, for failure to prosecute. Plaintiff may comply with the Court's order by filing an opposition or statement of non-opposition to Defendants' April 27, 2021 motion to dismiss. **Plaintiff is warned that if he fails to comply with the Court's order, this matter will be dismissed, with prejudice, for failure to prosecute.**

IT IS SO ORDERED.

Dated: **June 3, 2021**        /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE