# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL CAMPOSECO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BOUDREAUX, *et al.*,<br><br>　　　　Defendants. | Case No.  1:19-cv-01330-AWI-BAM (PC)<br><br>ORDER DIRECTING DEFENDANTS STAMPER AND JONES TO FILE RESPONSIVE PLEADING<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Samuel Camposeco ("Plaintiff") is a pretrial detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Following the District Judge's order adopting the findings and recommendations to grant in part and deny in part Defendants' motion to dismiss, this action proceeds on Plaintiff's second amended complaint against Defendants Stamper and Jones for violation of the First and Sixth Amendments for reading Plaintiff's legal mail outside of Plaintiff's presence on August 19, 2019. (ECF No. 40.)

Accordingly, Defendants Stamper and Jones shall file an answer to Plaintiff's second amended complaint within **twenty-one (21) days** from the date of service of this order.

IT IS SO ORDERED.

　Dated:　**November 20, 2021**　　　　　　／s/ *Barbara A. McAuliffe*　　
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1