1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

### EASTERN DISTRICT OF CALIFORNIA

10
11

12   **SAMUEL CAMPOSECO,**

13                    **Plaintiff,**

14            **v.**

15   **STAMPER,** *et al.,*

16                    **Defendants.**

17

**CASE No.: 1:19-cv-01330-BAM (PC)**

**ORDER TO RECAPTION CASE**

18
19        On October 8, 2020, Defendants Boudreaux and Jones Villareal were dismissed from this

20   action.  Thus, the caption and the docket should reflect that this action no longer proceeds against

21   those parties, and now proceeds only against Defendants Stamper and Jones.  Accordingly, the

22   caption for this case shall be as reflected above.

23

IT IS SO ORDERED.

24

25   Dated:   **December 20, 2021**            ____/s/ *Barbara A. McAuliffe*____

26                                         UNITED STATES MAGISTRATE JUDGE

27
28