UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL CAMPOSECO,<br>　　　　　　　Plaintiff,<br><br>v.<br><br>STAMPER, *et al.*,<br>　　　　　　　Defendants. | 1:19-cv-01330-BAM (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE PLAINTIFF **SAMUEL CAMPOSECO, I.D. NO. 13-00042088, <u>BY ZOOM VIDEO CONFERENCE</u>**<br><br>DATE: February 24, 2022<br>TIME: 1:30 p.m. |

　　　　Samuel Camposeco, inmate I.D. No. 13-00042088, a necessary and material witness on his own behalf in a Settlement Conference on February 24, 2022, is confined at the Bob Wiley Detention Facility, in the custody of the Sheriff.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate to appear **by Zoom video conference** before Magistrate Judge Stanley A. Boone on February 24, 2022, at 1:30 p.m.

　　　　**ACCORDINGLY, IT IS ORDERED that:**

　　　　1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Sheriff to produce the inmate named above, **along with any necessary legal property, to appear by Zoom video conference** before the United States District Court at the time and place above, until completion of the settlement conference or as ordered by the court.

　　　　2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Sheriff of Bob Wiley Detention Facility**

　　　　**WE COMMAND** you to produce the inmate named above, **along with any necessary legal property, to appear by Zoom video conference** before the United States District Court at the time and place above, until completion of the settlement conference, or as ordered by the court.

　　　　**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **January 26, 2022**　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

