# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL CAMPOSECO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STAMPER, *et al.*,<br><br>　　　　　Defendants. | Case No.: 1:19-cv-01330-BAM (PC)<br><br>ORDER THAT INMATE SAMUEL CAMPOSECO IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

　　　　Plaintiff Samuel Camposeco is a county jail inmate appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　A video settlement conference in this matter commenced on February 24, 2022. Inmate Samuel Camposeco, Inmate I.D. No. 13-00042088, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **February 24, 2022**　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE