# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL CAMPOSECO,<br><br>    Plaintiff,<br><br>    v.<br><br>STAMPER, *et al.*,<br><br>    Defendants. | Case No.  1:19-cv-01330-BAM (PC)<br><br>ORDER LIFTING STAY OF PROCEEDINGS<br><br>ORDER DIRECTING CLERK OF COURT TO ISSUE DISCOVERY AND SCHEDULING ORDER |

Plaintiff Samuel Camposeco ("Plaintiff") is a pretrial detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's second amended complaint against Defendants Stamper and Jones for violation of the First and Sixth Amendments for reading Plaintiff's legal mail outside of Plaintiff's presence on August 19, 2019.  All parties have consented to the jurisdiction of a United States Magistrate Judge for all further proceedings in this action, including trial and entry of judgment.  (ECF No. 51.)

On December 14, 2021, the Court set this case for a February 24, 2022 settlement conference and stayed the action to allow the parties an opportunity to settle their dispute.  (ECF No. 44.)  As the case did not settle, (ECF No. 54), the Court finds it appropriate and necessary to lift the stay.  This case is now ready to proceed.

///

1

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The stay of this action, (ECF No. 44), is LIFTED;
2. The Clerk of the Court is DIRECTED to issue a discovery and scheduling order; and
3. The parties may proceed with discovery pursuant to the discovery and scheduling order to be issued by separate order.

IT IS SO ORDERED.

Dated:  **March 1, 2022**                     /s/ *Barbara A. McAuliffe*
                                                   UNITED STATES MAGISTRATE JUDGE