# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL CAMPOSECO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STAMPER, *et al.*,<br><br>　　　　Defendants. | Case No.  1:19-cv-01330-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO DISMISS SUIT<br><br>(ECF No. 58) |

　　　　Plaintiff Samuel Camposeco ("Plaintiff") is a pretrial detainee proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.  This action proceeds on Plaintiff's second amended complaint against Defendants Stamper and Jones for violation of the First and Sixth Amendments for reading Plaintiff's legal mail outside of Plaintiff's presence on August 19, 2019.  All parties have consented to Magistrate Judge jurisdiction.  (ECF No. 51.)

　　　　On May 10, 2022, Plaintiff filed a "Motion to Dismiss Suit Based on Stipulations by Both Parties."  (ECF No. 58.)  The motion was signed by Plaintiff only, and did not specify whether any dismissal would be with or without prejudice.  The Court construed the motion as a motion to dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(2) and directed Defendants to file an opposition or statement of non-opposition to the motion, or to obtain a stipulation of dismissal signed by all parties appearing in this action.  (ECF No. 59.)  On May 12, 2022, Defendants filed a statement of non-opposition to Plaintiff's motion to dismiss, and deferred to

the Court as to a determination whether the case should be dismissed with or without prejudice. (ECF No. 60.)

Pursuant to Federal Rule of Civil Procedure 41(a)(2), and in light of Defendants' statement of non-opposition, the Court finds the terms of the dismissal proper.  As the parties have not specified whether the dismissal is with or without prejudice, the Court finds that a dismissal without prejudice is appropriate.  Fed. R. Civ. P. 41(a)(2).

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion to dismiss suit, (ECF No. 58), is GRANTED;
2. This action is dismissed without prejudice; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **May 13, 2022**                    /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE